**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 271 WAL 2019

         Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                     :

                                     :

ERIC D. HANCOCK,                :

         Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.